UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR EL,<br><br>                              Plaintiff,<br><br>       -against-<br><br>ANTHONY SALOV, ET AL.,<br><br>                             Defendants. | Case No. 1:20-cv-10857 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On November 12, 2024, the Court ordered Defendants to provide a status letter on Plaintiff's appeal no later than May 8, 2025, and every six months after. Dkt. 44. Defendants' have yet to file the status report due November 8, 2025. As a courtesy, the Court will extend Defendants' deadline to file a status letter until **November 12, 2025**.

Dated: November 10, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*

                                          JENNIFER L. ROCHON
                                          United States District Judge